# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-20706

D.C. Docket No. 4:14-CV-1368

United States Court of Appeals
Fifth Circuit
**FILED**
March 10, 2017
Lyle W. Cayce
Clerk

GEOPHYSICAL SERVICE, INCORPORATED,

      Plaintiff - Appellant

v.

TGS-NOPEC GEOPHYSICAL COMPANY,

      Defendant - Appellee

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before HIGGINBOTHAM, ELROD, and HIGGINSON, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part, reversed in part, vacated in part and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.